Augustus P. Kehr, Respondent, v. The Brennan Construction Company, Appellant.— Judgment affirmed, with costs. All concurred.

Fred Hartmetz, Respondent, v. Buffalo Expanded Metal Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $6,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Henry Funda, Respondent, v. Samuel T. Betts and Edith L. Betts, Appellants, Impleaded with Thomas J. O'Brien and Others, Respondents, and Others. — Judgment affirmed, with costs. All concurred.

The People of the State of New York, Appellant, v. Charles E. Acker, Respondent. (No. 1.) — Interlocutory judgment affirmed. All concurred.

The People of the State of New York, Appellant, v. Charles E. Acker, Respondent. (No. 2.) — Interlocutory judgment affirmed. All concurred.

The People of the State of New York, Appellant, v. Charles E. Acker, Respondent. (No. 3.) — Interlocutory judgment affirmed. All concurred.

The New York Automobile Company, Appellant, v. Herbert H. Franklin and Others, Respondents.— Judgment affirmed, with separate bills of costs to defendants answering by separate attorneys. All concurred, except Kruse, J., who dissented.

Ernest I. White, Respondent, v. Clifford L. Miller, Appellant.— Judgment affirmed, with costs. All concurred.

Cathryne Stack, Respondent, v. The Village of Phelps, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the plaintiff failed to establish actionable negligence on the part of the defendant, and Robson, J., not voting.

James Hennessy, Respondent, v. The Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. William B. Klieves, Appellant, v. Joseph M. Quigley, Chief of Police of City of Rochester, and Others, Respondents.— Order reversed, without costs, and relator discharged. All concurred.

William H. Rousseau, Respondent, v. Jeremiah Leh, Appellant.— Judgment and order affirmed, with costs. All concurred.

Leona E. Richardson, Respondent, v. Syracuse University, Appellant, Impleaded with Arthur Realty Company and Others.— Interlocutory judgment affirmed, with costs, with leave to appellant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Thomas M. Carpenter, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Cyrus C. Wilcox, Respondent, v. Mutual Milk and Cream Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Spring, J., who dissented.

Levi De Vaul, Respondent, v. Peter Ebb, Appellant.—Judgment and order affirmed, with costs. All concurred.